# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MATTHEW COCKBURN**                          **PLAINTIFF**

v.                      No: 5:19-cv-00102 SWW-PSH

**STAN MAGEE,** *et al.*                           **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

1. Cockburn's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation or the accompanying judgment would not be taken in good faith.

4. Plaintiff's "motion for further change of address," requesting "more time" for unspecified purposes [ECF No. 8] is DENIED.

DATED this 12th day of June, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE