IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MATTHEW COCKBURN**                                                            **PLAINTIFF**

v.                          No: 5:19-cv-00102 SWW-PSH

**STAN MAGEE,** *et al.*                                                **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case; the relief sought is denied.

DATED this 12th day of June, 2019.

                                                                               /s/Susan Webber Wright
                                                                               UNITED STATES DISTRICT JUDGE